Judge Torres
USDCRI
99-00029

# United States Court of Appeals
## For the First Circuit

No. 05-1033

MANDATE

UNITED STATES OF AMERICA,

Appellee,

v.

JOSEPH M. BENEDETTI,

Defendant, Appellant.

**JUDGMENT**

Entered: December 23, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/17/06

**By the Court:**
Richard Cushing Donovan, Clerk

JULIE GREGG

By: Julie Gregg, Operations Manager

[cc: Mr. Mirza, Mr. Zone, Mr. Dickinson, Mr. Leavey, Mr. Lockhart & Mr. Vilker]