UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

Vs. Case No. CR99-29T

Joseph M. Benedetti
Defendant.

**EXHIBIT RECEIPT**

**Government's** Jury Trial Exhibit(s)- 6 (scale), 7 (metal object), 8, 9, 10, 11, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, and

Poster boards- 14, 15, and 17.

David A. DiMarzio, Clerk

[signature]
Signature of ~~Attorney~~ ATF Agent
Date: 6/11/08

[signature] Raun Smith
Deputy Clerk