UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


United States of America
          Plaintiff,

          Vs.                          Case No.   CR99-29T

  Joseph M. Benedetti
          Defendant.


**EXHIBIT RECEIPT**


**Defendant's** Jury Trial Exhibit(s)- A, D, G, H, I, J, K,
L, and M.



Suppression Hearing Exhibit- A




David A. DiMarzio, Clerk


_____        _____
Signature of Attorney            Deputy Clerk
Date: 6/17/05