UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

Vs. Case No. CR99-29T

Joseph M. Benedetti
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s)- A, D, G, H, I, J, K, L, and M.

Suppression Hearing Exhibit- A

David A. DiMarzio, Clerk

Signature of ~~Attorney~~
Date: 6/12/08

Deputy Clerk