UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
          Government,

          vs.                    Case No.   CR99-29T

Joseph Benedetti
          Defendant

**EXHIBIT RECEIPT**

**Government's** Trial Exhibit(s) -

**Exhs:** 1- firearm (pistol)
      2- gun magazine (clip)
      3- white envelope with 5 bullets
      4- white envelope
      5- white envelope containing pills and aluminum
         foil

David A. DiMarzio, Clerk

_____        _____
Signature of Attorney           Deputy Clerk
Date:      Agent
6/18/10